1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KELLY WILSON,

11        Petitioner,                    No. CIV S-07-1577 LKK EFB P

12        vs.

13   EVANS, et al.,

14        Respondents.              ORDER

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

17   U.S.C. § 2254.  On January 14, 2008, petitioner filed a motion to withdraw his petition on the

18   grounds that he failed to first seek permission from the Ninth Circuit before filing what would

19   otherwise be deemed a successive petition.  Respondents have filed a statement of non-

20   opposition.  Good cause appearing, pursuant to Fed. R. Civ. P. 41(a) and Rule 11, Rules

21   Governing § 2254 Cases, petitioner's application is dismissed without prejudice and the Clerk is

22   directed to close the case.

23        Petitioner has prematurely filed his appeals briefs and has done so with this court rather

24   than with the Ninth Circuit Court of Appeal.  Petitioner's documents will be disregarded.  He is

25   ////

26   ////

1  instructed to file his brief with the Ninth Circuit.

2          IT IS SO ORDERED.

3          DATED: March 10, 2008.

4

5

6                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
7                              UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26