IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY WILSON,

    Petitioner,                                  No. CIV S-07-1577 LKK EFB P

    vs.

EVANS, et al.,

    Respondents.                                ORDER

_____/

    On January 14, 2008, petitioner filed a motion to withdraw his petition for writ of habeas corpus on the ground that he failed to first seek permission from the Ninth Circuit before filing what would otherwise be deemed a successive petition. Respondents filed a statement of non-opposition. On March 10, 2008, the assigned district judge dismissed this action and directed the Clerk of the Court to close the case. Nevertheless, petitioner filed on November 30, 2009, a motion to stay this action. Since this case is closed, it cannot be stayed.

    Accordingly, petitioner's motion to stay is denied.

    The court notes that it will issue no response to future filings by petitioner in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

    So ordered.

Dated: January 5, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE